

# Fourth Court of Appeals
## San Antonio, Texas

August 10, 2017

No. 04-17-00231-CV

**LAW OFFICE OF MATTHEW S. NORRIS, PLLC**, Matthew S. Norris, Steven Norris Law
Firm, P.C., and Steven Norris,
Appellants

v.

**ECKE & POLING, PLLC**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-04007
The Honorable Norma Gonzales, Judge Presiding

# O R D E R

Appellants' unopposed motion to abate this appeal to facilitate a settlement is
GRANTED. It is ORDERED that the appellants file a motion requesting an appropriate
disposition of this appeal no later than September 29, 2017. *See Caballero v. Heart of Texas
Pizza, L.L.C.*, 70 S.W.3d 180, 180 (Tex. App.—San Antonio 2001, no pet.); TEX. R. APP. P. 42.1,
43.2.

Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 10th day of August, 2017.

Luz Estrada
Chief Deputy Clerk